**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-03103-LTB

RASHEED OLDACRE,

    Plaintiff,

v.

AUTOMATED COLLECTION SERVICES, INC.,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice Pursuant to Settlement (Doc 6 - filed February 2, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/ Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: February 6, 2012